United States District Court
Southern District of Texas
**ENTERED**
April 28, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSLYN SYAS, individually and on behalf of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>TEXAS CHILDREN'S HEALTH PLAN, INC.,<br><br>*Defendant.* | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:21-cv-01532 |

## ORDER

Before the Court is the Parties' Joint Status Report and Motion to Extend Stay. Having considered the Joint Motion, the Court is of the opinion that the Motion should be **GRANTED**.

It is, therefore, **ORDERED** that this matter is **STAYED** until June 28, 2022.

It is further **ORDERED** that, on or before June 30, 2022, the parties shall file a joint report regarding the status of this matter.

SIGNED this 28th day of April 2022.

Judge Sim Lake
United States District Judge

4