Case 4:21-cv-01532   Document 40   Filed on 11/01/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 01, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ROSLYN SYAS, individually and on behalf of all others similarly situated,<br><br>v.<br><br>TEXAS CHILDREN'S HEALTH PLAN, INC. | **Case No. 4:21-cv-01532**<br>FLSA Collective Action<br><br>Judge Sim Lake |

## ORDER SEALING DOCUMENTS

Came on to be considered Plaintiff's Motion for Leave to File Document Under Seal, and the Court having reviewed the Motion is of the opinion that it should be and hereby is GRANTED.

It is therefore ordered that the Parties' Settlement Agreement (Exhibit A to Plaintiff's Unopposed Motion to Approve Settlement Agreement) be entered into the Court's record under seal.

_November 1, 2022_
Date

_/s/ Sim Lake_
Sim Lake
United States District Judge